**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **MOISES CASTILLO** | **CASE NO. 6:24-CV-01723** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **BERRY BROS GENERAL CONTRACTORS INC** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

# JUDGMENT

For the reasons stated in the accompanying Memorandum Ruling, the court hereby **ORDERS, ADJUDGES,** and **DECREES** that the Motion to Dismiss for Lack of Jurisdiction [doc. 8] be **DENIED** and the Motion to Dismiss for Failure to State a Claim [*id.*] be **GRANTED** as to the unjust enrichment claim and **DENIED** in all other respects. Accordingly, plaintiff's claim for unjust enrichment is hereby **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers on the 8th day of April, 2025.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**